UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE, :
    Plaintiff : CIVIL ACTION NO. 3:13-CV-1285
:
v. :
: (JUDGE NEALON)
HAZLETON CAREER LINK, ET AL., : (MAGISTRATE JUDGE BLEWITT)
    Defendants :

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 6), is **ADOPTED**:

    A. The Complaint, (Doc. 1), is **DISMISSED with prejudice**;

    B. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 3), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motions to appoint counsel, (Docs. 9, 11), are **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

                                                  **United States District Judge**